*May 8, 2017*

2017-Ohio-2729.]

**2017–0604. State ex rel. Richland Cty. Children Servs. v. Richland Cty. Court of Common Pleas.**
In Prohibition and Mandamus. Sua sponte, respondents ordered to file a response to the complaint, if any, by 5:00 p.m. on Wednesday, May 10, 2017. Relators may file a response to respondents' response to the complaint, if one is permitted by S.Ct.Prac.R. 12.04(B), no later than 12:00 p.m. on Friday, May 12, 2017.

*May 9, 2017*

2017-Ohio-2730.]

**2015–0746. State ex rel. Escajadillo v. Koch Foods of Cincinnati, L.L.C.**
Franklin App. No. 14AP–267, 2015-Ohio-1226. On appellant's application for dismissal. Application granted. Cause dismissed.

*May 10, 2017*

2017-Ohio-2745.]

**2016–0903. State v. Batista.**
Hamilton App. No. C–150341, 2016-Ohio-2848. On the joint motion of appellant and amici curiae Center for HIV Law and Policy et al. for divided oral-argument time scheduled for Wednesday, May 17, 2017. Motion granted. Amici curiae Center for HIV Law and Policy et al. shall share the time allotted to appellant.

On the joint motion of appellee and amicus curiae Ohio Attorney General Michael DeWine for divided oral-argument time scheduled for Wednesday, May 17, 2017. Motion granted. Amicus curiae Ohio Attorney General Michael DeWine shall share the time allotted to appellee.

**2017–0285. Hertz Ctr. at 600 Vine, L.L.C. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2016–2427. On the joint motion to remand the appeal to the Board of Tax Appeals in order to implement a settlement. Cause remanded to the Board of Tax Appeals to take further action as appropriate.

**2017–0442. State ex rel. Mars Urban Solutions, L.L.C. v. Cuyahoga Cty. Fiscal Officer.**
In Mandamus. On relators' notice of partial dismissal of claims. Claims for relief III and V dismissed. This cause remains pending on all other claims.